THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* RAYMOND ESPOSITO, Appellant.

Argued October 11, 1939; decided October 30, 1939.

*John J. Duff* and *Joseph Aronstein* for appellant.

*William F. X. Geoghan*, District Attorney (*Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.